**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MELVIN JOSEPH SIMMONS, | ) | NO. CV 21-6671-TJH(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RALPH DIAZ, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: AUGUST 23, 2021.

_____
TERRY J. HATTER, JR
UNITED STATES DISTRICT JUDGE